

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00016-CV

Ronald **RODRIGUEZ** and The Law Offices of Ronald Rodriguez, P.C.,
Appellants

v.

Juan J. **CRUZ** and J. Cruz & Associates, LLC,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVK001183D4
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND
CHIEF JUSTICE MARION (RET.)[1]

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them. *See* TEX. R. APP. P. 42.1(d).

Appellants' agreed motion to expedite the issuance of the mandate is GRANTED. The clerk of this court is instructed to issue the mandate immediately. *See id.* R. 18.6 (allowing the appellate court to expedite the issuance of the mandate in an accelerated appeal).

SIGNED August 14, 2024.

_____
Lori I. Valenzuela, Justice

---

[1] The Honorable Sandee Bryan Marion, Chief Justice (Retired) of the Fourth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.